ALAN J. HERDZIK, Individually and as Parent and Natural Guardian of SCOTT HERDZIK, an Infant, Appellant, v JAMES LOMMER, SR., et al., Respondents. (Appeal No. 2.) [890 NYS2d 884]—

Same memorandum as in *Herdzik v Chojnacki* (68 AD3d 1639 [2009]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.

CLIFFORD B. PHILIPS et al., Plaintiffs, v DAVID C. ELLSWORTH et al., Defendants. JARROD W. SMITH, ESQ., P.L.L.C., Appellant; MEVEC & COGNETTI, Respondent. [890 NYS2d 888]—

Present—Smith, J.P., Fahey, Carni, Pine and Gorski, JJ.